UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE LOWER MANHATTAN DISASTER SITE LITIGATION

21 MC 102 (AKH)

IVAN ALMONTE AND SOFIA RODRIGUEZ

      Plaintiffs,

- against –

MAYORE ESTATES LLC, 80 LAFAYETTE ASSOCIATES, LLC, MAYORE ESTATES LLC AND 80 LAFAYETTE ASSOCIATION LLC AS TENANTS IN COMMON, BLUE MILLENNIUM REALTY LLC, CENTURY 21, INC., BLUE MILLENNIUM REALTY LLC, CENTURY 21 DEPARTMENT STORES LLC, THE BANK OF NEW YORK COMPANY, INC., AND ONE WALL STREET HOLDINGS, LLC.,

      Defendants.

DOCKET NO.
08 CIV 4278

AFFIDAVIT OF SERVICE

  I, Anna Gurevich, being duly sworn, deposes and says: I am not a party to the within action, am over the age of eighteen (18) years old, and reside in Fair Lawn, New Jersey.

  That on the 29th day of July, 2008 at approximately 2:10PM, I served the within copy of Summons & Complaint by personally serving a true copy of the same upon the Defendant, One Wall Street Holdings, LLC., more specifically, Christopher Ronco, Assistant Vice President of Legal Department at:

1 Wall Street
New York, New York, 10286

_/s/ Anna Gurevich_
Anna Gurevich

Sworn to before me on this

29 day of July, 2008

BEATRIZ DOLORES ARANA
Notary Public, State of New York
No. 01AR6132940
Qualified in Queens County
Commission Expires August 29, 20 09