UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER                                        21MC102(AKH)
LOWER MANHATTAN DISASTER
SITE LITIGATION

IVAN ALMONTE, AND SOFIA RODRIGUEZ,                              08CV4278(AKH)

                            Plaintiff(s),           **NOTICE OF APPEARANCE**

    -against-

MAYORE ESTATES LLC, et al.,

                            Defendants.

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendants **CENTURY 21, INC** and **BLUE MILLENNIUM REALTY LLC** in the above-captioned action and all future correspondence and papers filed or serviced in connection with the above-captioned action are to be directed to the undersigned.

Dated:   New York, New York
         August 10, 2008

                                                Yours etc.,

                                                HARRIS BEACH PLLC
                                                *Attorneys for Defendant*
                                                **CENTURY 21, INC., BLUE**
                                                **MILLENNIUM REALTY LLC**

                                                _____/s/_____
                                                Stanley Goos, Esq. (SG-7062)
                                                100 Wall Street
                                                New York, NY  10005
                                                212 687-0100
                                                212 687-0659 (Fax)

## **CERTIFICATION AS TO SERVICE**

The undersigned certifies that on August 10, 2008, I caused to be filed and served the following document electronically via the Court's ECF system upon the parties:

1. Century 21, Inc. and Blue Millennium's Notice of Appearance

Dated: August 10, 2008

/s/
Stanley Goos, Esq. (SG 7062)